## PROOF OF SERVICE

United States District Court-Ohio Southern District Court

Case No.: 1:24-cv-00214

Childress et al
vs.
City of Cincinnati, Ohio et al

I, Mariah Martell declare:

I am over the age of 18 and not a party to this action. My mailing address is 935 Marietta St. NW Atlanta, Georgia 30318.

On June 10 2024 I served the following documents:

1. Issuance of Summons, on the following party(ies) in this action by:

**X** OTHER: Served at Defendants principle place of business. Received in hand by Sarah Russell, to:

(1) BERNIE MCKAY
   CINCINNATI CENTER CITY DEVCELOPMENT CORPORATION
   1203 WALNUT STREET
   CINCINNATI, OHIO 45202

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Monday June 10, 2024 at Cincinnati, Ohio

Signature of Server:

*Mariah Martell*

Mariah Martell [Server's Printed Name] *Mariah Martell*

Date: Monday June 10, 2024