UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| AKIL CHILDRESS, et al., | ) |
| | ) Case No. 1:24-cv-00214 |
| Plaintiffs, | ) |
| | ) Judge Douglas R. Cole |
| -v- | ) |
| | ) DEFENDANTS' UNOPPOSED MOTION |
| CITY OF CINCINNATI, et al., | ) FOR ONE WEEK EXTENSION TO FILE |
| | ) REPLY BRIEFS |
| Defendants. | ) |

Defendants in this matter have filed motions to dismiss (Docs. 83, 84, and 86). Plaintiffs have filed memoranda in opposition. In light of personal and professional schedules of counsel as well as the number of defendants, Defendants move the Court for a one-week extension of time, from October 11 to October 18, 2024 to file their reply briefs in support of their motions. This is the first and only contemplated extension request, the one-week extension period is modest, and Plaintiffs (who received a two-week extension for their briefs) do not oppose the motion.

Respectfully submitted,

/s/ *Mark. G. Arnzen* (email authorization)
Mark G. Arnzen (0081394)
Lindsay K. Gerdes (0100896)
Samuel J. Otis (0102145)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
Phone: (513) 977-8200
Fax: (513) 977-8241
mark.arnzen@dinsmore.com
lindsay.gerdes@dinsmore.com
samuel.otis@dinsmore.com

*Counsel for Defendants Cincinnati Center City Development Corporation, Stephen Leeper, John F. Barrett, Patty Basti, Neil Bortz, Archie Brown, Robert H. Castellini, Steven Davis, Leigh Fox, Shelly*

/s/ *Mark. Manning* (email authorization)
Mark Manning
CHIEF COUNSEL, QUALITY OF LIFE
DIVISION, CITY OF CINCINNATI
801 Plum Street
Cincinnati, Ohio 45202
Phone: (513) 352-4576
Fax: (513) 352-1515
mark.manning@cincinnati-oh.gov

*Counsel for City of Cincinnati, Mayor Aftab Pureval, Vice Mayor Jan-Michele Lemon Kearney, Councilmember Jeff Cramerding, Councilmember Reggie Harris, Councilmember Mark Jeffreys, Councilmember Liz Keating, Councilmember Meeka Owens,*

*Gillis, Mel Gravely, Chris Habel, Brian Hodgett, Ryan Jankowski, Shailesh Jejurkar, Gary Lindgren, Bernie McKay, Rodney McMullen, John Merchant, Jill P. Meyer, Ralph S. Michael III, Steve Mullinger, Jospeh A. Pichler, Todd Schneider, Jim Sowar, Amy Spiller, Jeremy Vaughn, Warren Weber, Thomas Williams, James M. Zimmerman, and Ryan Hays*

*Councilmember Victoria Parks, Councilmember Scotty Johnson, Councilmember Seth Walsh, City Manager Sheryl Long, Director Art Dahlberg, Deputy Director Ed Cunningham, Inspector Kevin Rhodes, and Inspector Greg Wiles*

*/s/ Brian P. Muething*
Brian P. Muething
Ali Miller Redlinger
KEATING MUETHING & KLEKAMP PLL
One E. 4th Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
bmuething@kmklaw.com
aredlinger@kmklaw.com

*Counsel for Defendants Port of Greater Cincinnati Development Authority, Laura Brunner, Phillip Denning, Rick Hudson, Todd Castellini, Mark Quarry, and Molly North*

13930945.1